IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL MAX MILLER, | |
| Plaintiff, | No. CV-09-02-GF-SEH |
| vs. | ORDER |
| GOV. BRIAN SCHWEITZER, et al, | |
| Defendants. | |

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on February 2, 2009. Plaintiff filed objections on March 12, 2008. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[2] is DISMISSED WITHOUT PREJUDICE.

---

[1] Docket No. 5.

[2] Docket No. 2.

-1-

2. Any appeal from this disposition will not be taken in good faith because the Complaint is frivolous, lacks arguable substance in law or fact, is untimely, and fails to state a claim upon which relief may be granted. Fed. R. App. P. 24(a)(3).

3. The Clerk shall enter judgment accordingly.

DATED this 12th day of March, 2009.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge